JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTTO O. NOGUERO, et al., | Case No. CV 15-1735 DSF (MANx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. | |
| Defendants. | |

The Court having previously granted a motion to dismiss and having issued an Order to Show Cause re Dismissal for Lack of Prosecution to which plaintiffs did not timely respond,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed with prejudice as to Deutsche Bank National Trust Company and dismissed without prejudice as to Arin Capital and Investment Corporation.

Dated: 7/28/15

DALE S. FISCHER
United States District Judge